IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CRIMINAL NO. 07-30160-GPM-CJP |
| DEANTREZ SNIDER, ) | |
| Defendant. ) | |

## ORDER

In accordance with 18 U.S.C. § 3148, on September 11, 2008, defendant Deantrez Snider, represented by counsel, appeared before the Court and a hearing was conducted regarding the Government's Motion to Revoke Bond. **(Doc. 21).**

Uncontroverted evidence was presented that after entering a guilty plea and being released on bond on June 17, 2008, defendant Snider tested positive for marihuana by urinalysis on two occasions. A condition of defendant's release and bond was that he refrain from the use or unlawful possession of controlled substances. **(Doc. 8, p. 2).** Furthermore, defendant's violations of the conditions, despite drug testing, referral for substance abuse counseling and apparent refusal to acknowledge his drug addiction, evinces that he is unlikely to abide by any condition or combination of conditions of release.

**IT IS THEREFORE ORDERED** that the government's motion to revoke defendant's bond **(Doc. 21)** is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant **DEANTREZ SNIDER** is ordered to be detained. Pursuant to **18 U.S.C. § 3142(i)(2)-(4)**, the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and
The defendant be afforded reasonable opportunity for private consultation with his counsel; and

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceedings.


**IT IS SO ORDERED.**

**DATED: September 11, 2008**

                                           **s/ Clifford J. Proud**
                                           **CLIFFORD J. PROUD**
                                           **U. S. MAGISTRATE JUDGE**